# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

                                                 11-40640-KHS

Jorge G. Tirado. aka Joshua G. Tirado. and Hannah L. Levine,

    Debtors 0

## ORDER GRANTING RELIEF FROM STAY

This case is before the court on the motion of Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), for relief from the automatic stay imposed by 11 U.S.C. § 362(a).

Based on the records, the court finds that grounds exist under 11 U.S.C. § 362(d) to warrant relief.

**IT IS ORDERED:**

1.    The motion for relief from stay is granted as follows.

2.    The automatic stay imposed by 11 U.S.C. § 362(a) is terminated such that the movant may exercise its rights and remedies under applicable non-bankruptcy law with respect to the following property:

Lot 16, Block 3, "Sunset Gables Second Division," Hennepin County, MN.

3.    Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated:   July 30, 2015

                                        /e/ Kathleen H. Sanberg
                                        Kathleen H. Sanberg
                                        United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 07/30/2015
Lori Vosejpka, Clerk, by LH